FRANK H. BAKER et al., Appellants, *v.* GEORGE E. BAKER et al., Respondents.

*Baker* v. *Baker,* 18 App. Div. 189, appeal dismissed.
(Argued October 3, 1898; decided October 11, 1898.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 10, 1897, reversing an interlocutory judgment of partition and sale and dismissing the complaint.

The motion was made upon the grounds that the parties interested have consented to a dismissal, and that a decision of the appeal could have no practical effect.

*Charles H. Otis* for motion.

No one opposed.

Appeal dismissed, without costs.